391 A.2d 708

Escobar v. Tenenbaum et al. (et al., Appellant), et al.

Argued March 29, 1978. Louis W. Fryman, with him Becker, Fryman & Ervais, for appellant; Stephen N. Huntington, with him Warner & Huntington, for appellees.

Order affirmed.

391 A.2d 708

Gallagher et al., Appellants. v. Garnish et al.

Appeal quashed.

JACOBS, P. J., WATKINS, former P. J., and PRICE, J., did not participate in the consideration or decision of this case.